U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 7 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § No. 3:07CR290-D |
| | § FILED UNDER SEAL |
| DARREN L. REAGAN | § |

## INDICTMENT

The Grand Jury Charges:

### Counts One through Five
Theft of Public Money
(Violation of 18 U.S.C. § 641)

From on or about October 1, 2002, and continuing through on or about September 1, 2007, in the Dallas Division of the Northern District of Texas, defendant, **Darren L. Reagan,** did knowingly steal, purloin, and convert to his own use a sum in excess of $1,000.00 of United States government funds by falsely claiming that he had no blood, marital, or other familial relationship to a person known to the Grand Jury, a tenant of the Dallas Housing Authority (DHA) Section 8 program, when in truth and fact the tenant was related to the defendant by marriage, causing DHA to pay housing assistance payments to the defendant of which he was not entitled, during the fiscal years ending on the dates and in the approximate amounts below, each period and amount constituting a separate count of this indictment.

Indictment - Page 1

| Count | Fiscal Year Ending | Amount |
|---|---|---|
| 1 | 9/30/2003 | $8,496.00 |
| 2 | 9/30/2004 | $8,760.00 |
| 3 | 9/30/2005 | $8,784.00 |
| 4 | 9/30/2006 | $8,592.00 |
| 5 | 9/30/2007 | $7,200.00 |

Each count being a violation of 18 U.S.C. § 641.

A TRUE BILL

REDACTED

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

MARCUS BUSCH
Assistant United States Attorney
Texas Bar No. 03493300
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8732
Facsimile: 214.747.4104

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

DARREN L. REAGAN

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED SEP 27 2007 CLERK, U.S. DISTRICT COURT By ___ Deputy*

INDICTMENT
FILED UNDER SEAL

3-07CR290

18 U.S.C. § 641
Theft of Public Money

5 Counts

A true bill rendered

**REDACTED**

-----------------------------------------

DALLAS                                                    /s/ FOREPERSON

Filed in open court this 27 day of September, 2007.

-----------------------------------------
                                                                                              Clerk
Darren L. Reagan

**PLEASE ISSUE ARREST WARRANT**
-----------------------------------------
/s/ Irma Carrillo Ramirez     9/27/07
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

**PLEASE FILE INDICTMENT UNDER SEAL**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: Pending Indictment

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name: DARREN L. REAGAN   3:07CR290-D

   Alias Name: _____

   Address: _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   Marcus Busch   Bar # 03493300

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   ☐ Already in Federal Custody
   ☐ Already in State Custody
   ☐ On Pretrial Release

   **\* PLEASE ISSUE ARREST WARRANT\***

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 5   ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 18 U.S.C. § 641 | Theft of Public Money | 1-5 |

   Date 9/26/07   Signature of AUSA: _____